# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Action No.: 3:14-CV-119-MOC-DCK

| | |
|---|---|
| ASHLEY POE,<br><br>      Plaintiff,<br><br>V.<br><br>AMERICA'S PIZZA COMPANY, L.L.C.<br>and PIZZA HUT, INC.,<br><br>      Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 4) filed by Charles E. Johnson, concerning Joel Paul Babineaux on May 22, 2014. Mr. Babineaux seeks to appear as counsel *pro hac vice* for Defendant America's Pizza Company, L.L.C. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, The Court will grant the motion.

**IT IS THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED**. Mr. Joel Paul Babineaux is admitted to practice before this Court *pro hac vice* to represent Defendant America's Pizza Company, L.L.C.

      **SO ORDERED.**

Signed: May 22, 2014

David C. Keesler
United States Magistrate Judge