IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:14-CV-119-MOC-DCK

ASHLEY POE,

    Plaintiff,

v.

AMERICA'S PIZZA COMPANY, L.L.C.
and PIZZA HUT, INC.,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 5) filed by Charles E. Johnson, concerning Karen T. Bordelon on May 22, 2014. Ms. Bordelon seeks to appear as counsel *pro hac vice* for Defendant America's Pizza Company, L.L.C. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, The Court will grant the motion.

**IT IS THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED**. Ms. Karen T. Bordelon is admitted to practice before this Court *pro hac vice* to represent Defendant America's Pizza Company, L.L.C.

    **SO ORDERED.**

    **Signed: May 22. 2014**

David C. Keesler
United States Magistrate Judge